HEATHER E. WILLIAMS, #122664
Federal Defender
MARC DAYS, BAR #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
DAVID DANIEL ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:13-cr-00379 LJO |
| *Plaintiff*, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON** |
| vs. | |
| DAVID DANIEL ESCOBAR, | DATE:  January 22, 2014<br>TIME:   1:30 p.m. |
| *Defendant*. | JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for January 16, 2014, may be continued to **January 22, 2014 at 1:30 p.m.**

This continuance is requested by the defense due to a scheduling conflict of defense counsel.  The government has no objection to this request.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial.

///

///

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
United States Attorney

DATED:  January 15, 2014         /s/  *Laurel Montoya*
                                                LAUREL J. MONTOYA
Assistant U.S. Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED:  January 15, 2014

                                                /s/  *Marc Days*
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
DAVID DANIEL ESCOBAR


**O R D E R**

**IT IS SO ORDERED.**  For the reasons set forth above, the continuance requested is granted for good cause.  The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

    Dated:  **January 15, 2014**

UNITED STATES MAGISTRATE JUDGE