FILED
FEB 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>DAVID ESCOBAR,<br><br>    Defendant. | No. 1:13CR00379-001 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on February 24, 2014, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released at 10:00a.m. on Thursday, February 27, 2014, to a representative of the Westcare Residential Drug Treatment Program. A certified Judgment and Commitment order to follow.

Dated: February 27, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1