**FILED**

FEB 06 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:13-CR-00379-001 LJO |
| Plaintiff, ) | ORDER OF RELEASE |
| ) | OF WITNESS BELINDA AGUILAR |
| vs. ) | |
| DAVID ESCOBAR, ) | |
| Defendant. ) | |

On February 6, 2015, witness Belinda Aguilar appeared with appointed counsel, Carolyn Phillips. She appeared upon service by the U.S. Marshal pursuant to this Court's Body Attachment issued February 2, 2015. Upon Ms. Aguilar's on-the-record assurance of appearance, she was Ordered to appear no later than 8:00am on Monday, February 9, 2015 at the on going contested hearing in the above-referenced case. She was advised of the contempt and penalty consequences of a failure to appear.

IT IS HEREBY ORDERED that the witness BELINDA AGUILAR shall be released forthwith.

IT IS SO ORDERED.

Dated: February 6, 2015

_____
HONORABLE LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1